UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20902-AHS

WINDY LUCIUS,

    Plaintiff,

v.

CEC ENTERTAINMENT, INC. d/b/a
CHUCK E. CHEESE,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice her civil action against Defendant CEC Entertainment, Inc. d/b/a Chuck E. Cheese.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.